U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

APR 22 2010

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| BOBBY D. HIGGINBOTHAM, ET AL. | CIVIL ACTION NO. 09-2171 |
| VERSUS | DISTRICT JUDGE WALTER |
| RICKY A. JONES, ET AL. | MAGISTRATE JUDGE HAYES |

## ORDER

For the reasons stated in the Report and Recommendation [Record Document 35] of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by plaintiff and concurring with the findings of the Magistrate Judge under applicable law:

**IT IS ORDERED** that (1) defendant's motion to dismiss [Record Document 23] is **GRANTED** and that plaintiffs' claim against the Louisiana State Police is **DISMISSED, with prejudice** on the basis that the Louisiana State Police is not a juridical entity capable of being sued under 42 U.S.C. § 1983; (2) plaintiffs' claim against Attorney General Caldwell in his official capacity is **DISMISSED, without prejudice** as barred by the Eleventh Amendment; (3) plaintiffs' claim against Attorney General Caldwell in his individual capacity is **DISMISSED, with prejudice** for failure to state a claim upon which relief can be granted; and (4) plaintiffs' claim against District Attorney Caldwell in his official capacity is **DISMISSED, with prejudice** as barred under the doctrine of prosecutorial immunity.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 22 day of April, 2010.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE