U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

APR 22 2010

TONY R. MOORE, CLERK
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| BOBBY HIGGINBOTHAM ET AL. | * | CIVIL ACTION NO. 09-02171 |
| VERSUS | * | JUDGE DONALD E. WALTER |
| RICKEY JONES ET AL. | * | MAGISTRATE JUDGE KAREN L. HAYES |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendants' unopposed motion to dismiss (Doc. # 25) is hereby **GRANTED, DISMISSING** plaintiffs' claims against Edna Cooper, Elizabeth Cooper, George Taylor, Lionel Travers, Bobby Wilkerson, Caldwell Flood, Tonya Barlow, and Joy Jackson, **with prejudice and at their cost**.

THUS DONE AND SIGNED this 22 day of April, 2010, in Shreveport, Louisiana.

Donald E. Walter
United States District Judge